UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENON MIDATLANTIC, LLC and GENON CHALK POINT, LLC<br><br>    Plaintiff,<br><br>  -against-<br><br>STONE & WEBSTER, INC.,<br><br>    Defendant and Third-Party Plaintiff<br><br>  -against-<br><br>SIEMENS WATER TECHNOLOGIES CORPORATION,<br><br>    Third-Party Defendant | Case No. 11 CIV 1299 (HB/FM)<br><br>**NOTICE OF MOTION<br>FOR SANCTIONS**<br><br>**Oral Argument Requested** |

**PLEASE TAKE NOTICE** that**,** upon the Declaration of Michael Branca dated December 22, 2011, together with supporting exhibits annexed thereto, the Memorandum of Law in Support, and all prior pleadings and proceedings had herein, Stone & Webster, Inc. will move this Court, before the Honorable Harold Baer, Jr., located at 500 Pearl Street, New York, New York, at a date and time to be set by the Court, granting the following sanctions against plaintiffs by reason of the spoliation of evidence by plaintiffs' agent, FTI, Inc.: dismissal of plaintiffs' complaint, or in the alternative precluding FTI from offering expert testimony in this action by affidavit or testimony, or drawing an adverse inference against GenOn and any evidence offered by FTI, or costs and expenses and such other relief in favor of Stone & Webster, Inc. as this Court may deem just under the circumstances.

**PLEASE TAKE FURTHER NOTICE** that, responses or objections, if any, to the motion must be served in accordance with the Court's rules, including Local Civil Rule 6.1.

Dated:   December 22, 2011

                                                    Respectfully Submitted,

                                                    PECKAR & ABRAMSON, P.C.

                                                    By: ___/s/ Michael Branca_____
                                                    Michael Branca
                                                    *Attorneys for Defendant/Third-Party Plaintiff*
                                                    41 Madison Avenue, 20th Floor
                                                    New York, New York 10010
                                                    (212) 382-0909

TO:    ALSTON & BIRD LLP
        *Attorneys for GenOn*
        90 Park Avenue
        New York, NY 10016
        Attn:   Karl Geercken, Esq.
        Karl.Geercken@alston.com

        1201 West Peachtree Street
        Atlanta, GA  30309
        Attn:   Deborah Cazan
                    Michael Shanlever
        Debbie.Cazan@alston.com
        Mike.Shanlever@alston.com

        PEPPER HAMILTON LLP
        *Attorneys for Siemens*
        The New York Times Building
        37th Floor, 620 Eighth Avenue
        New York, NY  10018-1405
        Attn:   Ira M. Schulman
                    Consuelo Alden Vasquez
        schulmaI@pepperlaw.com
        vasquezC@pepperlaw.com

        50 Grant Street, 50th Floor
        Pittsburgh, PA  15219
        Attn:   Ralph A. Finizio
                    Ann B. Graff
        finizioR@pepperlaw.com
        graffA@pepperlaw.com

75728v2